1  THOMAS E. FRANKOVICH,
   *A PROFESSIONAL LAW CORPORATION*
2  THOMAS E. FRANKOVICH (State Bar No. 074414)
   4328 Redwood Hwy., Suite 300
3  San Rafael, CA 94903
   Telephone:  415/674-8600
4  Facsimile:  415/674-9900

5  Attorneys for Plaintiff
   CRAIG YATES, an individual
6

7
                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9

10 CRAIG YATES, an individual,         )   CV-10-2485-BZ
                                       )
11         Plaintiff,                  )   STIPULATION EXTENDING TIME
                                       )   FOR DEFENDANTS DON WONG and
12 v.                                  )   MAR SHEE WONG, as Trustees of the
                                       )   WAHONG BILL WONG BYPASS
13 GORDO TAQUERIA # 1, INC.; and DON   )   TRUST, under Declaration of Trust
   WONG and MAR SHEE WONG, as          )   dated June 20, 1997; CONTINUING
14                                     )   JOINT SITE INSPECTION DEADLINE;
   Trustees of the WAHONG BILL WONG    )   AND [PROPOSED] ORDER THEREON
15 BYPASS TRUST, under Declaration of  )
16 Trust dated June 20, 1997,          )
                                       )
17         Defendants.                 )
                                       )
18 _____

19
20
21         Plaintiff CRAIG YATES, an individual and Defendants DON WONG and MAR SHEE
22 WONG, as Trustees of the WAHONG BILL WONG BYPASS TRUST, under Declaration of
23 Trust dated June 20, 1997, by and through their respective counsel, respectfully request and make
24 the following stipulation:
25 ///
26 ///
27 ///
28
   STIPULATION EXTENDING TIME FOR DEFENDANTS DON WONG and MAR SHEE WONG, as Trustees of the WAHONG BILL
   WONG BYPASS TRUST, under Declaration of Trust dated June 20, 1997; CONTINUING JOINT SITE INSPECTION DEADLINE;
   AND [PROPOSED] ORDER THEREON
                                                                                    CV-10-2485-BZ

1. Defendant MAR SHEE WONG, as Trustee of the WAHONG BILL WONG BYPASS TRUST, under Declaration of Trust dated June 20, 1997 was served with the summons and complaint via personal service on July 23, 2010; defendant GORDO TAQUERIA # 1, INC. was served with the summons and complaint via sub-service July 29, 2010.

2. None of the defendants in the above-captioned matter have answered plaintiff's complaint.

3. On August 3, 2010, via mail plaintiff's counsel was contacted by attorney, Brennan J. Newsom on behalf of defendants DON WONG and MAR SHEE WONG, as Trustees of the WAHONG BILL WONG BYPASS TRUST, under Declaration of Trust dated June 20, 1997. Mr. Newsom requested a 30-day extension for defendants DON WONG and MAR SHEE WONG, as Trustees of the WAHONG BILL WONG BYPASS TRUST, under Declaration of Trust dated June 20, 1997.

4. Plaintiff has agreed to grant defendants DON WONG and MAR SHEE WONG, as Trustees of the WAHONG BILL WONG BYPASS TRUST, under Declaration of Trust dated June 20, 1997, a one time extension of 30-days on the condition that Mr. Newsom accepts service on behalf of defendant DON WONG, Trustees of the WAHONG BILL WONG BYPASS TRUST, under Declaration of Trust dated June 20, 1997.

5. Defense counsel has agreed to accept service on behalf of DON WONG, Trustee of the WAHONG BILL WONG BYPASS TRUST, under Declaration of Trust dated June 20, 1997 and respond to plaintiff's complaint on or about but no later than September 13, 2010.

6. Plaintiff also request that the last day for the parties and counsel to conduct a joint inspection of the premises be continued from September 13, 2010 to October 29, 2010, in order to give all parties sufficient time to be served, appear, and meaningfully participate in the joint inspection.

///
///
///

STIPULATION EXTENDING TIME FOR DEFENDANTS DON WONG and MAR SHEE WONG, as Trustees of the WAHONG BILL WONG BYPASS TRUST, under Declaration of Trust dated June 20, 1997; CONTINUING JOINT SITE INSPECTION DEADLINE; AND [PROPOSED] ORDER THEREON

1  IT IS SO STIPULATED:

2  That the last day for defendants DON WONG and MAR SHEE WONG, as Trustees of
3  the WAHONG BILL WONG BYPASS TRUST, under Declaration of Trust dated June 20, 1997,
4  to answer or otherwise respond to plaintiff's complaint be extended up to and including
5  September 13, 2010, and the last day for the parties and counsel to conduct the joint inspection of
6  the premises pursuant to General Order 56, by and including October 29, 2010.

7
8  Respectfully submitted,
9  Dated: August 9, 2010          THOMAS E. FRANKOVICH,
                                   *A PROFESSIONAL LAW CORPORATION*
10
11
                                   By:
12                                    Thomas E. Frankovich
                                   Attorneys for Plaintiff CRAIG YATES, an
13                                 individual

14  ///
15  ///
16  ///
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28
STIPULATION EXTENDING TIME FOR DEFENDANTS DON WONG and MAR SHEE WONG, as Trustees of the WAHONG BILL
WONG BYPASS TRUST, under Declaration of Trust dated June 20, 1997; CONTINUING JOINT SITE INSPECTION DEADLINE;
AND [PROPOSED] ORDER THEREON

CV-10-2485-BZ    3

1 | Dated: _____, 2010        BRENNAN J. NEWSOM,
                                  *LAW OFFICES*

                                  By: _____
                                          Brennan L. Newsom
                                  Attorneys for defendants DON WONG and
                                  MAR SHEE WONG, as Trustees of the
                                  WAHONG BILL WONG BYPASS TRUST,
                                  under Declaration of Trust dated June 20, 1997

## ORDER

**IT IS SO ORDERED** that the last day for defendants DON WONG and MAR SHEE WONG, as Trustees of the WAHONG BILL WONG BYPASS TRUST, under Declaration of Trust dated June 20, 1997, to answer plaintiff's complaint is extended up to and including September 13, 2010, and the last day for the parties and counsel to conduct the General Order 56 site inspection of the premises is continued up to and including October 29, 2010.

Dated: 30 Aug, 2010        _____
                            HON. BERNARD ZIMMERMAN
                            United States Magistrate Judge

STIPULATION EXTENDING TIME FOR DEFENDANTS DON WONG and MAR SHEE WONG, as Trustees of the WAHONG BILL WONG BYPASS TRUST, under Declaration of Trust dated June 20, 1997; CONTINUING JOINT SITE INSPECTION DEADLINE; AND [PROPOSED] ORDER THEREON

CV-10-2485-BZ        4