THOMAS E. FRANKOVICH,
*A PROFESSIONAL LAW CORPORATION*
THOMAS E. FRANKOVICH (State Bar No. 074414)
4328 Redwood Hwy., Suite 300
San Rafael, CA 94903
Telephone:     415/674-8600
Facsimile:     415/674-9900

Attorneys for Plaintiff
CRAIG YATES, an individual

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual, | **CV-10-2485-BZ** |
| Plaintiff, | |
| v. | **STIPULATION RE EXTENDING THE MEDIATION DEADLINE AND ~~[PROPOSED]~~ ORDER THEREON** |
| GORDO TAQUERIA # 1, INC.; and DON WONG and MAR SHEE WONG, as Trustees of the WAHONG BILL WONG BYPASS TRUST, under Declaration of Trust dated June 20, 1997, | |
| Defendants. | |

Plaintiff CRAIG YATES and Defendant GORDO TAQUERIA # 1, INC., by and through their respective counsel, make the following stipulation and respectfully request an order thereon:

1.     **WHEREAS**, it has come to our attention and with sad news that attorney Brennan J. Newsom has passed away on or about November 11, 2010; and

2.     **WHEREAS**, defendants DON WONG and MAR SHEE WONG, as Trustees of the WAHONG BILL WONG BYPASS TRUST, under Declaration of Trust dated June 20, 1997 were represented by attorney Brennan J. Newsom; and

///

///

3.    **WHEREAS**, the Law Office of Thomas E. Frankovich has been unsuccessful through Mr. Newsom's office or through family members to determine the status of the representative(s) of defendants DON WONG and MAR SHEE WONG, as Trustees of the WAHONG BILL WONG BYPASS TRUST, under Declaration of Trust dated June 20, 1997; and

4.    **WHEREAS**, Byron H. Done, counsel for Defendant GORDO TAQUERIA # 1, INC., also has been unable to determine who will be representing defendants DON WONG and MAR SHEE WONG, as Trustees of the WAHONG BILL WONG BYPASS TRUST, under Declaration of Trust dated June 20, 1997, as counsel in this action; and

5.    **WHEREAS**, plaintiff's counsel, Thomas E. Frankovich, has written letters to Trustees, DON WONG and MAR SHEE WONG need to have legal representation by letter dated February 9, 2011, and marked as Exhibit "A" and incorporated by reference as though fully set forth herein is the letter dated February 9, 2011; and

6.    **WHEREAS,** plaintiff was to file a "Notice of Need for Mediation" by December 14, 2010, since the parties had not agreed on injunctive relief or settled the damages and fees claims by that date, under General Order No. 56; therefore

**IT IS STIPULATED** that plaintiff shall file a "Notice of Need for Mediation" by May 13, 2011, if the parties have not agreed on injunctive relief or settled the damages and fees claims, by said date.  This is to provide time for the "Trustees" to secure new legal representation.

Respectfully submitted,

Dated: February 10, 2011                 THOMAS E. FRANKOVICH,
                                         *A PROFESSIONAL LAW CORPORATION*


By:  _____/s/_____
         Thomas E. Frankovich
     Attorneys for Plaintiff CRAIG YATES, an
     individual

///

///

Dated: February 10, 2011                    BYRON H. DONE,
                                            *LAW OFFICE OF BYRON H. DONE*


                                            By: _____/s/_____
                                                     Byron H. Done

                                            Attorney for Defendant
                                            GORDO TAQUERIA # 1, INC.


## ORDER

        **IT IS ORDERED** that plaintiff shall file a "Notice of Need for Mediation" by May 13, 2011, if the parties have not agreed on injunctive relief or settled the damages and fees claims by that date.


Dated: _ February 22 ___, 2011     _____
                                   HON. BERNARD ZIMMERMAN

                                   United States Magistrate Judge

EXHIBIT "A"

# THE FRANKOVICH GROUP*
## LAWYERS

The Vineyard • 4328 Redwood Hwy • Suite 300 • San Rafael, CA 94903
Phone: 415-444-5800 • Facsimile: 415-674-9900

February 9, 2011

Don Wong, Trustee
Mar Shee Wong, Trustee
Wahong Bill Wong Bypass Trust,
under Declaration of Trust dated June 20, 1997
2030 Balboa Street, Apt. 304
San Francisco, CA 94121

> **Re:** *Craig Yates, an individual v. Gordo Taquiera #1, Inc., et al.*
> **USDC N.D., California - Case No. CV-10-2485-BZ**
> **Our Reference: GORDO TAQUERIA**
> **Subject: Brennan J. Newsom, Deceased / Legal Representation**

Dear Mr. Don Wong and Marshee Wong,

It has come to our attention that attorney Brennan J. Newsom passed away on or about November 11, 2010.

Prior to learning of his passing and since his passing our office has been unsuccessful in establishing who represents you if anyone. No one at the Newsom Office or his family has been able to give us any status.

You need to be legally represented. You need an attorney now. Not tomorrow, but right now. Not having legal representation could jeopardize you. It could undermine your defense. It could adversely effect you monetarily.

Please have an attorney acting on your behalf contact the undersigned at (415) 444-5800 and defense attorney Bryon Done at (925) 932-7009. Mr. Done represents the tenant.

This case must move forward. Your cooperation is extremely important in this regard. Have your legal representative contact me as soon as possible after your receipt of this letter. Do Not Delay. I remain,

very truly yours

Thomas E. Frankovich

TEF/pbm
cc Bryon Done

*Protecting the Civil Rights of the Diabled*
* Thomas E. Frankovich, A Professional Law Corporation

1

### CERTIFICATE OR PROOF OF SERVICE

2

State of California     )

3                            ) ss

County of Marin       )

4

    I, the undersigned, say: I am and was at all times herein mentioned, a citizen of the United

5 States, over the age of eighteen (18) years and not a party to the within action or proceeding; that my business address is 4328 Redwood Hwy, Suite 300, San Rafael, CA 94903; that on the below

6 date, following normal business practice, I served the foregoing document, described as:

7 **STIPULATION RE EXTENDING THE MEDIATION DEADLINE AND [PROPOSED] ORDER THEREON**

8

9 on the interested parties in this action, conveyed as follows:

10 ☒    By depositing true copies thereof, enclosed in a sealed envelope, with postage thereon fully prepaid:

11        ☒    in first class U.S. Mail

       ☐    in ___ priority or ____ standard overnight mail via Federal Express.

12     I am readily familiar with this office's practice for collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course

13 of business, correspondence, including said envelope, will be deposited with the United States Postal Service at San Rafael.

14

15 addressed to:

16 **Byron H. Done**

17 **Law Offices**
**1990 N. California Blvd. Suite 830**

18 **Walnut Creek, CA 94596**

19

20     I declare under penalty of perjury under the laws of the State of California that I am employed in the office of a member of the bar of this court at whose direction the service was

21 made, and that the foregoing is true and correct. Executed on February 18, 2011, at San Rafael, California.

22

23

24 Armetrice Cooper
(Original signed)

25

26

27

28