COOPER, WHITE & COOPER LLP
JEFFERY P. WOO (SBN 132697)
  jwoo@cwclaw.com
HARRISON T. NAM (SBN 190934)
  hnam@cwclaw.com
201 California Street, 17th Floor
San Francisco, California 94111
Telephone:   (415) 433-1900
Facsimile:    (415) 433-5530

Attorneys for Defendants/Cross-Complainants
Don Wong and Mar Shee Wong, as Trustees of
the Wahong Bill Wong Bypass Trust, under
Declaration of Trust dated June 20, 1997

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| CRAIG YATES,<br><br>         Plaintiff,<br><br>vs.<br><br>GORDO TAQUERIA #1, INC,; and DON WONG and MAR SHEE WONG, as Trustees of the WAHONG BILL WONG BYPASS TRUST, under Declaration of Trust dated June 20, 1997,<br><br>         Defendants.<br><br>And related cross-actions. | CASE NO. CV-10-2485-BZ<br><br>**NOTICE OF CHANGE IN COUNSEL AND [PROPOSED] ORDER**<br><br>Judge: Hon. Bernard Zimmerman<br>Trial Date: Not set |

TO THE COURT, ALL PARTIES OF RECORD AND THEIR ATTORNEYS:

PLEASE TAKE NOTICE that Defendants/Cross-Complainants Don Wong and Mar Shee Wong, as Trustees of the Wahong Bill Wong Bypass Trust, under Declaration of Trust dated June 20, 1997 ("the Wongs"), hereby request the following change in counsel:

The Wongs' former attorney of record Brennan J. Newsom passed away on or about November 11, 2010. (*See* Declaration of William J. Newsom, attached hereto and incorporated by reference herein.) The Wongs hereby request the Court approve the substitution of the following attorneys as attorneys of record in the place and stead of Brennan J. Newsom (now deceased):

651866.1                                                                                         CASE NO. CV-10-2485-BZ
NOTICE OF CHANGE IN COUNSEL AND [PROPOSED] ORDER

Jeffery P. Woo
Harrison T. Nam
Cooper, White & Cooper LLP
201 California St., 17th Fl., San Francisco, CA, 94111
telephone: (415) 433-1900; facsimile: (415) 433-5530
e-mail: jwoo@cwclaw.com; hnam@cwclaw.com

We consent to the substitution.

DATED: March 24, 2011                WAHONG BILL WONG BYPASS TRUST.

By: _____
Don Wong and Mar Shee Wong, Trustee of the
WAHONG BILL WONG BYPASS TRUST,
under Declaration of Trust dated June 20, 1997,
Defendants/Cross-Complainants

I consent to the substitution.

DATED: March 25, 2011                COOPER, WHITE & COOPER LLP

By: _____
Jeffery P. Woo, Esq.
New Counsel for Defendants/Cross-
Complainants DON WONG and MAR SHEE
WONG, as Trustees of the WAHONG BILL
WONG BYPASS TRUST, under Declaration
of Trust dated June 20, 1997

I consent to the substitution.

DATED ; March 23, 2011

By: _____
William A. Newsom, Esq.
Executor of the Estate of Brennan J. Newsom,
Former Counsel for Defendants/Cross-
Complainants DON WONG and MAR SHEE
WONG, as Trustees of the WAHONG BILL
WONG BYPASS TRUST, under Declaration
of Trust dated June 20, 1997

/ / /
/ / /
/ / /

COOPER, WHITE & COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

651866.1                              2                    CASE NO. CV-10-2485-BZ
NOTICE OF CHANGE IN COUNSEL AND [PROPOSED] ORDER

## ORDER

IT IS ORDERED that the request of Defendants/Cross-Complainants Don Wong and Mar Shee Wong, as Trustees of the Wahong Bill Wong Bypass Trust, under Declaration of Trust dated June 20, 1997, to substitute the following attorneys as attorneys of record in place and stead of Brennan J. Newsom (now deceased) is hereby GRANTED:

Jeffery P. Woo
Harrison T. Nam
Cooper, White & Cooper LLP
201 California St., 17th Fl., San Francisco, CA, 94111
telephone: (415) 433-1900; facsimile: (415) 433-5530
e-mail: jwoo@cwclaw.com; hnam@cwclaw.com

Dated: April 4, 2011

HON. BERNARD ZIMMERMAN
United States Magistrate Judge

COOPER, WHITE & COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

651866.1     3     CASE NO. CV-10-2485-BZ
NOTICE OF CHANGE IN COUNSEL AND [PROPOSED] ORDER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| CRAIG YATES,<br><br>    Plaintiff,<br><br>vs.<br><br>GORDO TAQUERIA #1, INC.; DON WONG and MAR SHEE WONG, as Trustees of the WAHONG BILL WONG BYPASS TRUST, under Declaration of Trust dated June 20, 1997,<br><br>    Defendants. | CASE NO. CV-10-2485-BZ<br><br>**DECLARATION OF WILLIAM J. NEWSOM REGARDING SUBSTITUTION OF COUNSEL** |

I, William J. Newsom, declare:

1. I am over 18 years of age, and personally familiar with the facts set forth in this declaration. If called as a witness I could and would competently testify to the matters stated herein.

2. On November 11, 2010, my father Brennan J. Newsom ("Mr. Newsom") passed away after an extended fight with lung cancer. A death certificate is attached hereto as Exhibit A.

3. Mr. Newsom was the attorney of record for Defendants.

4. My brother Eric and I were designated co-trustees of Mr. Newsom's trust and executors of his estate.

5. My brother and I returned all of the Defendants' files and advised them to obtain new counsel.

6. Defendants have obtained new counsel to represent them in the above captioned matter and wish to them as counsel of record.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 23, 2011, at San Francisco, California.

_____
William J. Newsom

# Exhibit A

# COUNTY OF MARIN
## SAN RAFAEL, CALIFORNIA

### CERTIFICATE OF DEATH
STATE OF CALIFORNIA

3201021001674

| Field | Value |
|---|---|
| 1. NAME OF DECEDENT – FIRST (Given) | BRENNAN |
| 2. MIDDLE | JOHN |
| 3. LAST (Family) | NEWSOM |
| 4. DATE OF BIRTH mm/dd/ccyy | 02/25/1938 |
| 5. AGE Yrs. | 72 |
| 6. SEX | M |
| 9. BIRTH STATE/FOREIGN COUNTRY | CA |
| 10. SOCIAL SECURITY NUMBER | 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 |
| 11. EVER IN U.S. ARMED FORCES? | NO |
| 12. MARITAL STATUS | DIVORCED |
| 7. DATE OF DEATH mm/dd/ccyy | 11/11/2010 |
| 8. HOUR (24 Hours) | 0145 |
| 13. EDUCATION | DOCTORATE |
| 14/15. HISPANIC/LATINO | YES (NO marked) |
| 16. DECEDENT'S RACE | CAUCASIAN |
| 17. USUAL OCCUPATION | SELF EMPLOYED |
| 18. KIND OF BUSINESS OR INDUSTRY | LAWYER |
| 19. YEARS IN OCCUPATION | 40 |
| 20. DECEDENT'S RESIDENCE | 316 DONAHUE STREET |
| 21. CITY | SAUSALITO |
| 22. COUNTY/PROVINCE | MARIN |
| 23. ZIP CODE | 94965 |
| 24. YEARS IN COUNTY | 34 |
| 25. STATE/FOREIGN COUNTRY | CA |
| 26. INFORMANT'S NAME, RELATIONSHIP | ERIC NEWSOM, SON |
| 27. INFORMANT'S MAILING ADDRESS | 401 REDWOOD AVENUE, CORTE MADERA, CA 94925 |
| 31. NAME OF FATHER/PARENT – FIRST | WILLIAM |
| 32. MIDDLE | ALFRED |
| 33. LAST | NEWSOM |
| 34. BIRTH STATE | CA |
| 35. NAME OF MOTHER/PARENT – FIRST | CHRISTINE |
| 37. LAST (BIRTH NAME) | BRENNAN |
| 38. BIRTH STATE | CA |
| 39. DISPOSITION DATE | 11/19/2010 |
| 40. PLACE OF FINAL DISPOSITION | DUTCH FLAT CEMETERY, DUTCH FLAT, CA |
| 41. TYPE OF DISPOSITION(S) | CR/BU |
| 42. SIGNATURE OF EMBALMER | EDWARD LEON |
| 43. LICENSE NUMBER | EMB8320 |
| 44. NAME OF FUNERAL ESTABLISHMENT | MONTE'S CHAPEL OF THE HILLS |
| 45. LICENSE NUMBER | FD602 |
| 46. SIGNATURE OF LOCAL REGISTRAR | FRED S SCHWARTZ, MD |
| 47. DATE mm/dd/ccyy | 11/18/2010 |
| 101. PLACE OF DEATH | KAISER PERMANENTE HOSPITAL |
| 102. IF HOSPITAL, SPECIFY ONE | IP |
| 104. COUNTY | MARIN |
| 105. FACILITY ADDRESS | 99 MONTECILLO ROAD |
| 106. CITY | SAN RAFAEL |

**107. CAUSE OF DEATH**
- IMMEDIATE CAUSE (A): RESPIRATORY FAILURE — Time Interval: DAYS
- (B): METASTATIC CANCER TO LUNG — Time Interval: MONTHS
- 108. DEATH REPORTED TO CORONER? NO
- 109. BIOPSY PERFORMED? NO
- 110. AUTOPSY PERFORMED? NO
- 111. USED IN DETERMINING CAUSE? (blank)

112. OTHER SIGNIFICANT CONDITIONS: NONE

113. WAS OPERATION PERFORMED: NO

114. I CERTIFY... Decedent Attended Since: 11/01/2010   Decedent Last Seen Alive: 11/11/2010
115. SIGNATURE AND TITLE OF CERTIFIER: MARK ROGER TAYLOR M.D.
116. LICENSE NUMBER: G79457
117. DATE: 11/17/2010
118. TYPE ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS: AIRI HEIDI KOPPEROINEN M.D., 99 MONTECILLO ROAD, SAN RAFAEL, CA 94903

---

This is a true and exact reproduction of the document officially registered and placed on file in the VITAL RECORD SECTION, MARIN COUNTY PUBLIC HEALTH DEPARTMENT.

Fred S. Schwartz, M.D.
Marin County, California

DATE ISSUED




MARIN COUNTY

This copy is not valid unless prepared on an engraved border, displaying date, seal and signature of the County Health Officer.